# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSE CESAR CAMACHO,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
DOUGLAS SMITH, DISTRICT JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 76106



FILED

SEP 1 4 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION*

This petition for a writ of mandamus challenges the district court's decision to deny a pretrial petition for a writ of habeas corpus and motion to dismiss. We decline to exercise original jurisdiction in this matter because the arguments primarily challenge the probable cause determination, and petitioner did not demonstrate that the State violated lawful procedures or failed to present exculpatory evidence at the grand jury proceedings. *See* NRS 34.160; NRS 34.170; *see also State v. Eighth Judicial Dist. Court*, 127 Nev. 927, 931, 267 P.3d 777, 779-80 (2011) ("[T]he decision to entertain an extraordinary writ petition lies within our discretion."); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004) ("[T]he right to appeal is generally an adequate legal remedy that precludes writ relief."); *Kussman v. Eighth Judicial Dist. Court*, 96 Nev. 544, 545-46, 612 P.2d 679, 680 (1980) (disfavoring review of a pretrial probable cause determination through an original writ proceeding); NRS 172.145 (providing that the district attorney must provide the grand jury with any evidence of which the district attorney is aware that will explain away the

18-35974

charges and permitting the defendant to submit a statement regarding the results of a preliminary hearing). Accordingly, we

ORDER the petition DENIED.

_____Cherry_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Hon. Douglas Smith, District Judge
       Wooldridge Law
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk